# United States Bankruptcy Court
## Northern District of Georgia

In re   Aaron Christopher Parsons                                      Case No.
                        Debtor(s)                                      Chapter   7

## STATEMENT REGARDING PAY STUBS (11 U.S.C. ?521(A)(1))

I, __Aaron Christopher Parsons__, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☒   I am unemployed; or

☐   I am self-employed; or

☐   My employer did not provide pay stubs.

☐   Other

Date   March 30, 2021                   Signature   /s/ Aaron C. Parsons
                                                    Aaron Christopher Parsons
                                                    Debtor